JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHODES MUSIC CORPORATION, a Delaware corporation; and JOSEPH A. BRANDSTETTER, an individual, | CASE NO. CV-09-1631 PA (MANx) |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | FEDERAL RULES OF CIVIL PROCEDURE, RULE 41(a)(1)(ii) |
| GENERALMUSIC S.p.A., an Italian corporation; GENERALMUSIC CORP. an Illinois corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

///
///
///
///
///
///
///
///
///
///
///
///

LEWIS
BRISBOIS

4819-1571-7636.1

1         Plaintiffs and Counter-Defendants Rhodes Music Corporation and Joseph A.

2    Brandstetter and Defendant and Counter-Claimant GeneralMusic Corp. having filed a

3    Stipulation of Dismissal in accordance with Federal Rules of Civil Procedure, Rule

4    41(a)(1)(ii), for the dismissal of the Complaint and the Counterclaim herein with

5    prejudice with each party to bear its/his own costs and attorneys' fees.

6         IT IS ORDERED that this action is dismissed in its entirety as to all parties and

7    Does 1-10, with prejudice, each party to bear its/his own costs and attorneys' fees.

8

9

10   DATED: August   6, 2009                                       

                                 Hon. Percy Anderson

11                                    Judge, United States District Court

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4819-1571-7636.1                      -2-

ORDER OF DISMISSAL